UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. KOTCH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>　　　　　　　Defendant. | Case No.: 22-cv-1928-WQH-WVG<br><br>**ORDER** |

HAYES, Judge:

　　Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff Christopher A. Kotch and Defendant Synchrony Bank, made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown,

　　IT IS HEREBY ORDERED that the Joint Motion for Dismissal (ECF No. 10) is granted and that the action is dismissed in its entirety, including all claims against Defendant, with prejudice. The parties are to bear their own attorneys' fees and costs. The Clerk of the Court shall close the case.

Dated:  March 17, 2023

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court